**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

KEVIN GRANT WOOD
JENNIFER LYNN WOOD
5107 BAHAMA DR
WICHITA FALLS, TX  76310

Debtors' Attorney:  MONTE J WHITE

Case Number:  20-70146
Date:  07/30/2020

**TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the bar date (deadline for filing claims) provided by Rule 3002. "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.  Please note that BankruptcyCode Section 502 (b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor Name<br>Address<br>Acct # | Scheduled Amt | | Claim Amt<br>Date Filed | Class |
|---|---|---|---|---|---|
| 3 | CAPIO PARTNERS<br>PO BOX 3209<br>SHERMAN, TX  75091 | $142.89 | X | $0.00<br>Not Filed | UNSECURED |
| 4 | Capio Partners LLC<br>Attn: Bankruptcy<br>PO Box 3498<br>Sherman, TX  75091 | $285.00 | X | $0.00<br>Not Filed | UNSECURED |
| 5 | ERC-Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL  32256 | $73.00 | X | $0.00<br>Not Filed | UNSECURED |
| 6 | FAMILY DENTISTRY OF TEXOMA<br>4506 KEMP BLVD<br>WICHITA FALLS, TX  76308-3712 | $133.40 | X | $0.00<br>Not Filed | UNSECURED |
| 7 | FedLoan Servicing<br>Attention: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA  17106 | $1,668.00 | X | $0.00<br>Not Filed | UNSECURED-STUDENT LOANS |
| 8 | Harris & Harris, Ltd<br>111 W Jackson Blvd Ste 400<br>Chicago, IL  60604 | $493.02 | X | $0.00<br>Not Filed | UNSECURED |
| 10 | IMAGING OF NORTH TEXAS<br>1722 NINTH ST<br>WICHITA FALLS, TX  76301 | $165.58 | X | $0.00<br>Not Filed | UNSECURED |
| 12 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $810.00 | | $740.71<br>07/02/2020 | UNSECURED |
| 13 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $891.00 | | $461.00<br>05/19/2020 | UNSECURED |

In Re: KEVIN GRANT WOOD & JENNIFER LYNN WOOD  
Case Number: 20-70146

Page 2 of 4  
Date: 07/30/2020

| | Creditor Name<br>Address<br>Acct # | Scheduled Amt | | Claim Amt<br>Date Filed | Class |
|---|---|---|---|---|---|
| 14 | Midland Funding<br>350 Camino De La Reine Ste 100<br>San Diego, CA  92108 | $628.00 | X | $0.00<br>Not Filed | UNSECURED |
| 15 | Midwest Recovery Systems<br>PO Box 899<br>Florissant, MO  63032 | $295.00 | X | $0.00<br>Not Filed | UNSECURED |
| 17 | Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA  23541 | $709.00 | X | $0.00<br>Not Filed | UNSECURED |
| 18 | TXU-Texas Energy<br>Attn: Bankruptcy<br>PO Box 650393<br>Dallas, TX  75265 | $449.00 | X | $0.00<br>Not Filed | UNSECURED |
| 19 | Titanium Emergency Group,LLP<br>PO Box 206676<br>Dallas, TX  75320 | $8,625.00 | X | $0.00<br>Not Filed | UNSECURED |
| 20 | United Regional<br>Attn: Billing Dept.<br>1600 11th Street<br>Wichita Falls, TX  76301 | $3,580.31 | X | $0.00<br>Not Filed | UNSECURED |
| 21 | Wichita Falls Tfcu | $1,654.00 | X | $0.00<br>Not Filed | UNSECURED |
| 22 | Wichita Falls Tfcu<br>PO Box 4516<br>Wichita Falls, TX  76308 | $18,659.82 | X | $0.00<br>Not Filed | SECURED-VEHICLE |
| 23 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,745.00 | | $1,745.35<br>06/02/2020 | UNSECURED |
| 24 | Capio Partners LLC<br>Attn: Bankruptcy<br>PO Box 3498<br>Sherman, TX  75091 | $838.00 | X | $0.00<br>Not Filed | UNSECURED |
| 25 | FedLoan Servicing<br>Attention: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA  17106 | $1,851.00 | X | $0.00<br>Not Filed | UNSECURED-STUDENT LOANS |
| 26 | FedLoan Servicing<br>Attention: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA  17106 | $3,172.00 | X | $0.00<br>Not Filed | UNSECURED-STUDENT LOANS |
| 27 | FedLoan Servicing<br>Attention: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA  17106 | $3,229.00 | X | $0.00<br>Not Filed | UNSECURED-STUDENT LOANS |
| 28 | FedLoan Servicing<br>Attention: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA  17106 | $3,328.00 | X | $0.00<br>Not Filed | UNSECURED-STUDENT LOANS |

| | In Re: KEVIN GRANT WOOD & JENNIFER LYNN WOOD  Case Number: 20-70146 | | | Page 3 of 4  Date: 07/30/2020 |
|---|---|---|---|---|
| | Creditor Name  Address  Acct # | Scheduled Amt | Claim Amt  Date Filed | Class |
| 29 | FedLoan Servicing  Attention: Bankruptcy  PO Box 69184  Harrisburg, PA  17106 | $3,720.00  X | $0.00  Not Filed | UNSECURED-STUDENT LOANS |
| 31 | FedLoan Servicing  Attention: Bankruptcy  PO Box 69184  Harrisburg, PA  17106 | $3,721.00  X | $0.00  Not Filed | UNSECURED-STUDENT LOANS |
| 32 | FedLoan Servicing  Attention: Bankruptcy  PO Box 69184  Harrisburg, PA  17106 | $3,751.00  X | $0.00  Not Filed | UNSECURED-STUDENT LOANS |
| 33 | RESURGENT CAPITAL SERVICES  PO BOX 10587  GREENVILLE, SC  29603-0587 | $0.00 | $810.75  05/19/2020 | UNSECURED |
| 34 | FedLoan Servicing  Attention: Bankruptcy  PO Box 69184  Harrisburg, PA  17106 | $4,832.00  X | $0.00  Not Filed | UNSECURED-STUDENT LOANS |
| 35 | Wichita Falls Tfcu | $15,977.00  X | $0.00  Not Filed | UNSECURED |
| 36 | Wichita Falls Tfcu | $6,885.00  X | $0.00  Not Filed | UNSECURED |
| 37 | RESURGENT CAPITAL SERVICES  PO BOX 10587  GREENVILLE, SC  29603-0587 | $0.00 | $1,670.92  05/19/2020 | UNSECURED |
| 38 | RESURGENT CAPITAL SERVICES  PO BOX 10587  GREENVILLE, SC  29603-0587 | $0.00 | $430.00  05/19/2020 | UNSECURED |
| 39 | PORTFOLIO RECOVERY ASSOCIATES LLC  PO BOX 12914  NORFOLK, VA  23541 | $0.00 | $435.74  06/04/2020 | UNSECURED |
| 42 | VERIZON  BY AMERICAN INFOSOURCE AS AGENT  PO BOX 4457  HOUSTON, TX  77210-4457 | $0.00 | $3,124.31  07/10/2020 | UNSECURED |
| 43 | RESURGENT CAPITAL SERVICES  PO BOX 10587  GREENVILLE, SC  29603-0587 | $0.00 | $316.93  07/20/2020 | UNSECURED |

In Re:    KEVIN GRANT WOOD & JENNIFER LYNN WOOD  
Case Number:   20-70146

Page 4 of 4  
Date:  07/30/2020

This notice is provided solely to inform Debtors and Counsel of the filing status of claims at the bar date.
IT IS THE RESPONSIBILITY OF THE DEBTORS TO CONSULT WITH THEIR ATTORNEY ABOUT ANY LEGAL ACTION.  LATE FILED CLAIMS ARE NOT ALLOWED UNLESS BY COURT ORDER.  SEE IN RE: HOGAN, 346 B. R. 175 (BANKR. N.D. TEX 2006).  If this case converted from Chapter 7 to 13, it may have different bar dates than those listed in this document.  A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/  Robert B. Wilson  
Standing Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED was served on the following parties electronically or at the addresses listed below by U.S. First Class mail.

KEVIN GRANT WOOD, JENNIFER LYNN WOOD, 5107 BAHAMA DR, WICHITA FALLS, TX  76310  
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301

Date:  07/30/2020

/s/ Robert B. Wilson  
Robert B. Wilson, Chapter 13 Trustee