BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Kevin Grant Wood § Case No.: 20–70146–hdh13
Jennifer Lynn Wood § Chapter No.: 13
5107 Bahama Dr §
Wichita Falls, TX 76310 §
§
Debtor(s) §
§

# NOTICE OF FILING OF PROOF OF CLAIM

In accordance with Bankruptcy Rule 3004, notice is hereby given that on 07/31/2020 a Proof of Claim was filed by the debtor on behalf of Wichita Falls Tfcu in the total amount of $18659.82.

A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442–6850.

DATED:  8/3/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C Cumby, Deputy Clerk